# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EDUARDO CONDE and | ) | |
| KRISTA Y. CONDE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:04-CV-1925-JDT-TAB |
| | ) | |
| SLS WEST, LLC f/k/a CRE | ) | |
| BROKERAGE, LLC, BROCK W. | ) | |
| BAGLEY, RANDY W. BAGLEY, | ) | |
| STEVEN M. ESTABROOK, STEVEN | ) | |
| C. KIRSCH, and RUSSELL F. ROTH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **DEFAULT JUDGMENT**

This cause comes before the Court upon the Application of Plaintiffs Eduardo Conde and Krista Y. Conde, for the entry of a default judgment against Defendant Russell F. Roth ("Defendant"); and

This Court, having found that Defendant has wholly failed to appear herein and to defend against Plaintiffs' claims; and

This Court having found that Plaintiffs complied with the notice and service requirements of Federal Rule of Civil Procedure, Rule 55, and having further found that Defendant is not in the military service, is not an infant or an incompetent;

It is hereby **ORDERED, ADJUDGED, and DECREED** that an entry of default as to Defendant's liability on any and all claims asserted by Plaintiffs in their Complaint is hereby entered in favor of Plaintiffs and against Defendant Russell F. Roth; and

Defendant is hereby Ordered to pay Plaintiffs $500,000.00.

This Judgment is a final judgment, there being present no just cause for delay of its entry.

Dated:    10/24/2005

_____

John Daniel Tinder, Judge
United States District Court

**Distribution to:**

Notice of this filing will be sent by operation of the Court's electronic filing system to:

Adam Arceneaux
Elizabeth T. Laughlin
ICE MILLER
One American Square
Box 82001
Indianapolis, IN  46282-0200

Danford R. Due
Cynthia E. Music
DUE, DOYLE, FANNING & METZGER LLP
55 Monument Circle
900 Circle Tower
Indianapolis, IN  46204-5900

Linda L. Pence
William C. Wagner
Peter J. Prettyman
SOMMER BARNARD ATTORNEYS, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204

Notice will be sent via First Class United States Mail to:

Russell F. Roth
1430 Oakhill Drive
Greenwood, IN  46143

INDY 1619193v.1